FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 AUG 31  P 4: 19

CLERK, US DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                      Case No. 3:03-cr-92-J-20TEM

ANDREW RYAN TAYLOR
_____/

**SUPERVISED RELEASE REVOCATION**
**and**
**JUDGMENT AND COMMITMENT**

On August 31, 2006, Ronald T. Henry, Assistant United States Attorney, and the Defendant, ANDREW RYAN TAYLOR, appeared in person and with his counsel, Henry M. Coxe, III, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 34, filed July 6, 2006).

The Defendant, having heretofore been convicted on October 2, 2003, in Case No. 3:03-cr-92-J-20TEM, of offense charged, to wit: Possession of child pornography, in violation of Title 18 U.S.C. 2252(a)(4)(B), as charged in Count One of the Information; and was sentenced to be imprisoned for a term of 27 months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 34, filed July 6, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons

to be imprisoned for a period of **six (6) months.**

3. After confinement, Defendant shall be on supervised release for a term of **24 months**, under the standard conditions of supervision, and the following special conditions:

a. The defendant shall participate as directed in a mental health program specializing in sexual offender treatment approved by the Probation Officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. Further, the defendant shall be required to contribute to the costs of services for such treatment and/or polygraphs not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

b. The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by the Probation Officer.

c. The defendant may have direct contact with his daughter, Vega. He may not, however, be alone with her at any time for any reason. There must always be a responsible adult present (in the same room or vehicle in direct eye contact) when the defendant is with Vega. He may not accompany his daughter (even with a responsible adult) to any school, daycare, park, playground, or place where children congregate. Permission is not granted to have contact with other minors, including family members, nor to enter any area where children congregate.

d. The defendant is prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

e. The defendant shall not possess or use a computer with access to any on line service at any location (including employment) without written approval from the Probation Officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. The inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

f. Defendant shall submit to a search of his person, residence, place of business, or vehicle conducted by the Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

4. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
Henry M. Coxe, III, Esq.
United States Marshal (4)
U. S. Probation Office

-3-